AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schaaf, Gregory R. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Eastern District of Kentucky | 3. Date of Report<br><br>07/31/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Court Judge (full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588-1111 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Director | God's Pantry Food Bank (Lexington, KY) (ended August 2017) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Atlanta International School, Atlanta, Ga; salary |
| 2. | 2017 | Transylvania University, Lexington, KY; salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 08/22-24/2017 | Cincinnati, Ohio | Speaking Engagement MRBS Summer Conference | Hotel; transportation |
| 2. | American College of Bankruptcy | 03/09-11/2017 | Washington D.C. | Annual Meeting | Hotel; transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | A | Int./Div. | J | T | | | | | |
| 2. General American Life (whole life) | | None | K | T | | | | | |
| 3. (H)Retirement Account - No. 1 (risk based) [SEE PART VIII, NOTE 1] | | | | | | | | | |
| 4. -Federated Treasury Obligations Fund | A | Dividend | J | T | | | | | |
| 5. --FDN | | None | L | T | | | | | |
| 6. --FXN | A | Dividend | | | Sold | 03/23/17 | K | | |
| 7. --FXU | A | Dividend | | | Sold | 11/09/17 | K | C | |
| 8. --QTEC | A | Dividend | L | T | | | | | |
| 9. --First Trust Target High Qual Div 16 MO FE RE | C | Dividend | M | T | | | | | |
| 10. --First Truste Target GLB DIV LDRS 4QTR 16 MO FE RE | D | Dividend | M | T | | | | | |
| 11. --HYLS | B | Dividend | J | T | Sold (part) | 06/07/17 | J | A | |
| 12. --HYS | B | Dividend | | | Sold | 06/07/17 | L | B | |
| 13. --TEL | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 14. --GOOG | | None | | | Sold | 04/10/17 | J | A | |
| 15. --AAPL | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 16. --BRK/B | | None | | | Sold | 04/10/17 | J | A | |
| 17. --CVS | A | Dividend | | | Sold | 04/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --CSCO | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 19.  --DIS | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 20.  --EXPD | | None | | | Sold | 04/10/17 | J | | |
| 21.  --XOM | A | Dividend | | | Sold | 04/10/17 | J | | |
| 22.  --FAST | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 23.  --GE | A | Dividend | | | Sold | 04/10/17 | J | C | |
| 24.  --HOG | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 25.  --HD | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 26.  --IBM | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 27.  --JPM | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 28.  --JNJ | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 29.  --MAT | A | Dividend | | | Sold | 04/10/17 | J | | |
| 30.  --MSFT | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 31.  --NTRS | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 32.  --OMC | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 33.  --PFE | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 34.  --PGR | A | Dividend | | | Sold | 04/10/17 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --SPLS | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 36.   --TJX | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 37.   --USB | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 38.   --UNP | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 39.   --WFC | A | Dividend | | | Sold | 04/10/17 | J | | |
| 40.   -First Trsut Auto'd Quantitative AQA Ser 14 | A | Dividend | M | T | Buy | 04/25/17 | L | | |
| 41.   -First Trust Trust Series 15 | B | Dividend | M | T | Buy | 04/18/17 | L | | |
| 42.   -First Trust Sabirient Baker's Dozen Portfolio April 17 Ser | A | Dividend | L | T | Buy | 04/25/17 | L | | |
| 43.   -FTXO | A | Dividend | K | T | Buy | 03/23/17 | K | | |
| 44.   -FIXD | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 45.   -FTSM | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 46.   -LMBS | A | Dividend | K | T | Buy | 06/07/17 | L | | |
| 47.   -FEMB | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 48.   -FTSL | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 49.   -FXL | A | Dividend | K | T | Buy | 11/17/17 | K | | |
| 50.   [(H)End Retirement Account - No. 1] | | | | | | | | | |
| 51.   (H)Investement Account - No. 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -CSCO | A | Dividend | J | T | Sold (part) | 07/13/17 | J | C | |
| 53. -FDN | | None | K | T | | | | | |
| 54. -FXN | A | Dividend | | | Sold | 03/23/17 | J | | |
| 55. -FXU | A | Dividend | | | Sold | 11/10/17 | J | A | |
| 56. -QTEC | A | Dividend | J | T | | | | | |
| 57. -FTXO | A | Dividend | J | T | Buy | 03/23/17 | J | | |
| 58. -FXR | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 59. -FXL | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 60. -Hilliard Lyons Insured at Citizens Bank (temporary cash account) | A | Interest | | | Closed | 12/01/17 | J | | |
| 61. -Standard Bank (temporary account) | A | Interest | J | T | Open | 12/01/17 | J | | |
| 62. [(H)End Investment Account - No. 1] | | | | | | | | | |
| 63. (H)Retirement Account - No. 2 | | | | | | | | | |
| 64. -TIAA Trad'l [SEE PART VIII, NOTE 2] | B | Interest | K | T | | | | | |
| 65. -CREF Stock [SEE PART VIII, NOTE 2] | A | Interest | L | T | | | | | |
| 66. -TIAA Real Estate [SEE PART VIII, NOTE 2] | E | Interest | J | T | | | | | |
| 67. -CREF In'l Linked Bond [SEE PART VIII, NOTE 2] | A | Interest | J | T | | | | | |
| 68. -CREF Money Market Account R1 | A | Interest | J | T | Open | 08/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. [(H)End Retirement Account - No. 2] | | | | | | | | | |
| 71. (H)Investment Account - No. 2 | | | | | | | | | |
| 72. -VFIAX | A | Dividend | M | T | | | | | |
| 73. -VEXAX | A | Dividend | L | T | | | | | |
| 74. -VMMXX | A | Dividend | K | T | | | | | |
| 75. -VBTLX | A | Dividend | K | T | | | | | |
| 76. -VTIAX (X) | B | Dividend | L | T | | | | | |
| 77. [(H)End Investment Account - No. 2] | | | | | | | | | |
| 78. Community Trust Bank | A | Interest | K | T | | | | | |
| 79. (H)Investment Account - No. 3 | | | | | | | | | |
| 80. -Oppenhiemer Steelpath MLP Income Fund A | B | Dividend | K | T | | | | | |
| 81. [(H)End Investment Account - No. 3] | | | | | | | | | |
| 82. PNC Bank | A | Interest | J | T | | | | | |
| 83. (H)Retirement Account - No. 3 [SEE PART VIII, NOTE 1 Columns C&D] | | | | | | | | | |
| 84. --FDN | | None | | | | | | | |
| 85. --FXN | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --FXU | | None | | | | | | | |
| 87. --QTEC | | None | | | | | | | |
| 88. --First Trust Target GLB Div LDRS 4Q16 Mo FE RE | A | Dividend | | | | | | | |
| 89. -Federated Treasury Obligations Fund (1) | A | Dividend | | | | | | | |
| 90. --TEL | | None | | | | | | | |
| 91. --GOOG | | None | | | | | | | |
| 92. --AAPL | | None | | | | | | | |
| 93. --BRK/B | | None | | | | | | | |
| 94. --CVS | A | Dividend | | | | | | | |
| 95. --CSCO | A | Dividend | | | | | | | |
| 96. --DIS | A | Dividend | | | | | | | |
| 97. --EXPD | | None | | | | | | | |
| 98. --XOM | | None | | | | | | | |
| 99. --FAST | A | Dividend | | | | | | | |
| 100. --GE | A | Dividend | | | | | | | |
| 101. --HOG | | None | | | | | | | |
| 102. --HD | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --IBM | | None | | | | | | | |
| 104. --JMP | A | Distribution | | | | | | | |
| 105. --JNJ | | None | | | | | | | |
| 106. --MAT | | None | | | | | | | |
| 107. --MSFT | | None | | | | | | | |
| 108. --NTRS | A | Dividend | | | | | | | |
| 109. --OMC | A | Dividend | | | | | | | |
| 110. --PFE | A | Dividend | | | | | | | |
| 111. --PGR | A | Dividend | | | | | | | |
| 112. --SPLS | A | Dividend | | | | | | | |
| 113. --TJX | A | Dividend | | | | | | | |
| 114. --USB | A | Dividend | | | | | | | |
| 115. --UNP | | None | | | | | | | |
| 116. --WFC | A | Dividend | | | | | | | |
| 117. [(H)End Retirement Account - No. 3] | | | | | | | | | |
| 118. General American Whole Life Policy (X) | | None | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schaaf, Gregory R. | 07/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Note 1, Lines 3-50; and Lines 83-117: (H) Retirement Account - No. 1 was consolidated with Retirement Account - No. 3 on or about March 1, 2017. The statement from my investment advisor was: "The positions were not sold and bought for a consolidation. They were only journaled from one account to another. So it's only a change in positions not transactional." I left the list of assets that were in Retirement Account - No. 3 at the end of last year for audit purposes. I have included the reportable transactions that occurred prior to the consolidation of the accounts under Retirement Account No. 3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gregory R. Schaaf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544